AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America<br>v.<br>ZACK TUTU MAPP<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No. 4-17-70937 MAG<br><br>FILED<br>JUN 3 0 2017<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
|---|---|---|

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 28, 2017__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Being a felon in possession of a firearm.<br><br>Maximum penalties:<br>Maximum prison term of 10 years;<br>Maximum fine of $250,000;<br>Maximum term of supervised release of 3 years;<br>Forfeiture; and<br>Mandatory special assessment of $100. |

This criminal complaint is based on these facts:

As set forth in the attached Affidavit of Bureau of Alcohol, Tobacco, Firearms, and Explosives Task Force Officer Zachary Trzesniewski.

☑ Continued on the attached sheet.

Approved as to form:

_/s/ Michael Maffei_
AUSA Michael Maffei

Sworn to before me and signed in my presence.

Date: June 30, 2017

City and state: Oakland, California

_Complainant's signature_
Zachary Trzesniewski, ATF TFO
_Printed name and title_

_Judge's signature_
Hon. Donna M. Ryu, US Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, ZACHARY TRZESNIEWSKI, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, hereby depose and say:

### INTRODUCTION

1.      I am a Task Force Officer ("TFO") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have so been sworn since March of 2016. I am presently assigned to the ATF Oakland Field Office in Oakland, California. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I was trained as a police officer at the California Highway Patrol (CHP) Academy in Sacramento, California, and I am currently employed by the CHP.

2.      As an ATF TFO, I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. I have interviewed numerous members and former members of gangs, as well as conferred with other law enforcement officers about: the slang, codes, symbols, graffiti, and dress of gang members; gang members' use of telephones, e-mail, and other methods of communication to conduct their criminal activities; gang members' use of false and fictitious identities to thwart law enforcement investigation of their activities.

3.      The information in this affidavit, including the opinions which I have formed and statements set forth herein, is based upon my training and experience in the field of firearms and illegal narcotics investigations, personal participation during the course of this investigation, knowledge obtained from investigative reports, reliable sources of information relative to this investigation, consultation with other experienced local and Federal law enforcement officials, and upon my examination and review of various reports and other records. Unless otherwise noted, when I assert that a statement was made, I have either heard the statement directly or listened to a recording of the statement, or the statement was reported to me by another law enforcement officer, either directly or indirectly in a written report. The officer providing me with the information may have received the information by way of personal knowledge or from another source.

### PURPOSE OF THIS AFFIDAVIT

4.      The purpose of this affidavit is to obtain a criminal complaint charging Zack MAPP with a violation of 18 U.S.C. § 922(g)(1) for being a felon in possession of a firearm.

1

5.     To that end, this affidavit seeks to establish probable cause to believe that MAPP has, in the Northern District of California, engaged in conduct that constitutes a violation of the following criminal laws:

   a.   18 U.S.C. § 922 (g)(1) – Felon in possession of a firearm on June 28, 2017.

6.     The information contained within this affidavit is based upon information I have gathered in my investigation, my personal observations, my training, experience and information received from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that there have been violations of 18 U.S.C. § 922 (g)(1) – Felon in possession of a firearm.

## FACTS SUPPORTING PROBABLE CAUSE

7.     On April 17, 2017, ATF Special Agent (SA) Brandon May and I met with Oakland Police Department (OPD) Officers Michael Camacho and Joseph Coleman regarding suspected persons committing gang violence in the east Oakland area. During this meeting, OPD Officer Coleman and OPD Officer Camacho provided information regarding a suspected robbery crew led by Zack MAPP, who is also a suspected ENT criminal street gang member. Continuing on this date, I conducted various queries of the social media platform Facebook, which lead to the discovery of the Facebook profile name "swaggedoutzack," operated by MAPP. On April 18, 2017, OPD Officer Coleman provided additional information to me, specifically the suspected residence of MAPP, 1352 94th Avenue, Oakland, CA or SUBJECT PREMISES.

8.     On May 6, 2017, SA May reviewed MAPP's criminal history and determined that MAPP sustained a felony conviction on or about December 21, 2016, for California Penal Code 25850(A), carrying a loaded firearm in a public place.

9.     SA May reviewed the publicly viewable Facebook account "swaggedoutzack" belonging to MAPP. SA May determined the account belongs to MAPP based on a comparison of photographs posted on the aforementioned account and California booking photographs captured by the Alameda County Sheriff's Office on December 12, 2016 and September 16, 2016 of MAPP. It should also be noted that the publicly viewable Facebook account "swaggedoutzack" bears the account name "Tutu Stubby." The first portion of the name refers to Zack MAPP's middle name "Tutu," and the second portion, "Stubby," is a moniker of the ENT criminal street gang.

10.    On or about April 27, 2017, MAPP posted a picture of himself possessing three (3) firearms. The firearms depicted are one (1) semi-automatic pistol with an extended magazine and two (2) semi-automatic rifles. SA May knew from his training and experience that the firearms depicted in the photograph appear to be actual firearms and not toy replicas. In addition to the photograph, MAPP created the following publicly viewable comment, "Riden round with fed cases, smoke a nigga for 10 in blue faces." SA May knew from his training and experience

2

that the term "smoke", in the context of the aforementioned comment, is street vernacular to kill or to shoot a person or persons.



11.     On or about April 26, 2017, MAPP posted a picture of himself possessing what appears to be a concealed firearm with an extended magazine, specifically located in his front waistband area. The firearm appears to be covered by MAPP's clothing; however an extended magazine is clearly visible protruding from MAPP's front waistband area. It should be noted that the extended magazine appears to be the same extended magazine attached to the semi-automatic pistol depicted in the image that was posed on or about April 27, 2017.



12.     On or about April 21, 2017, MAPP posted a picture of himself possessing a semi-automatic firearm with an extended magazine. In addition the aforementioned image, MAPP posted the following comment, "Runnin up bands ta get me mill ticket and keep the stick on me ma nigga these street reckless." SA May knew from his training and experience that the term "stick" is street vernacular for an extended magazine.

3




13. On or about April 13, 2017, MAPP posted a picture of himself displaying three (3) fingers with a comment stating the following, "I had to go hard to come up, I remember I was stuck, I'd go hit them licks by myself." SA May knew from his training, experience, and consultation with other law enforcement officers that the number three (3) is used by ENT gang members to represent the number of letters used in the moniker of the criminal street gang ENT. SA May also knew from his training and experience that the term "licks" is street vernacular for a robbery or burglary.



14. On or about April 5, 2017, MAPP posted a comment stating the following, "the glock got a beam and bby drake got a bun speak on TJ and I might kill yo son." SA May knew from his training and experience that the term "beam" is street vernacular for a laser sight for firearms. SA May also knew from his training and experience that the term "baby drako" is street vernacular for an AK variant semi-automatic pistol. The term "bun" is street vernacular for a high capacity drum magazine. Based on SA May's training and experience, he understood MAPP's comment to mean that he possesses a Glock pistol with a laser sight and an AK variant semi-automatic pistol with a high capacity magazine. Further, SA May understood MAPP's

4

comment as a threat against a person or persons who would make a derogatory comment about his associate named TJ.

15. On or about, April 4, 2017, MAPP posted a picture depicting himself holding a semi-automatic pistol. In addition to the image, MAPP posted the following comment, "when we in traffic we always got the semi automatics I ain't boosie but I like my bitches ratchet." It should be noted that the aforementioned firearm depicted in the image appears to have a weapon mounted laser sight. Based on SA May's training and experience, the firearm depicted in the image appears to be an actual functioning firearm and not a toy replica based on the diameter of the muzzle and rifling of the bore.



16. On May 12, 2017, SA May served a Federal search warrant (Case No. 4-17-70690) to Facebook pertaining to the information associated with the Facebook profile name of "swaggedoutzack," issued by US Magistrate Judge Vadas in the Northern District of California. On or about May 25, 2017, SA May reviewed the Facebook account records for the profile name of "swaggedoutzack," pursuant to the aforementioned search warrant.

17. On or about May 4, 2017, MAPP direct messaged a video depicting himself possessing a firearm to Facebook profile name "El Nino." The firearm depicted in the video was a Glock semi-automatic pistol. In the video, SA May recognized the serial number on the slide of the aforementioned firearm as "PKU279." On May 31, 2017, SA May conducted a database query of serial number "PKU279." The query revealed that the serial number was assigned to a firearm that was reported stolen on May 2, 2012.

18. On or about November 3, 2016, Facebook profile name "Shanice Perry" messaged the following to MAPP, "way ? me n my bitch coming out there." SA May understood the aforementioned message to mean that Facebook profile name "Shanice Perry" was questioning MAPP regarding his current location. MAPP responded by messaging "Shanice Perry" the following, "94th call me." It should be noted that the SUBJECT PREMISES is located on 94th Avenue in Oakland, CA.

5



19.     On or about October 4, 2016, MAPP direct messaged an image depicting himself possessing multiple firearms to Facebook profile name "Shadeed Anas." The firearms depicted were two (2) semi-automatic pistols.



20.     On or about August 19, 2016, MAPP direct messaged Facebook profile "El Nino"

6

the following, "brother.it just hit" and "A glock 22 a 38 and a camera worth 8 bands." MAPP continued to direct message the following, "with lb and pat" and "we keeping the straps around and selling and splitting the camera." SA may understood the aforementioned messages to mean that MAPP had recently committed a robbery or burglary and stole multiple firearms, specifically a Glock, model 22 and a .38 caliber pistol. In addition, SA May understood the message to mean that MAPP had also stolen a camera worth approximately $8,000. SA May understood MAPP's direct messages to mean that he had committed the aforementioned robbery or burglary with unidentified persons recognized by the monikers of "lb" and "pat." Further, SA May understood MAPP's comments to mean that he was going to keep the firearm or firearms and sell the camera. Continuing on this date, MAPP direct message an image depicting a semi-automatic pistol to Facebook profile "El Nino."



21.     On or about August 20, 2016, MAPP direct messaged Facebook profile "NardyLand Stubby Craig" the following, "Call baby cousin and see if he got some clips for a glock 22 I just hit." SA May knew from his training and experience that the term "clip" is street vernacular for a firearm magazine. In addition, SA May knew from his training and experience that the term "hit" is street vernacular for a robbery or burglary. Based on the context of the aforementioned direct message, SA May understood MAPP's message to mean that he recently robbed or burglarized someone and stole a firearm, specifically a Glock model 22. Further, SA May understood MAPP's message to mean that he was asking Facebook profile "NardyLand Stubby Craig" if they knew anyone selling a magazine for the aforementioned stolen firearm.

22.     On or about August 10, 2016, Facebook profile "Jonesha Lanette" direct messaged MAPP the following, "I'm tryna make appointment to see zack." MAPP responded by messaging the following, "Ok I'm on 94th." It should be noted that the SUBJECT PREMISES is located on 94th Avenue in Oakland, CA.

23.     On June 07, 2017, SA May executed a Federal search warrant (Case No. 4-17-70776) pertaining to precise location information associated with the cellular phone number operated by MAPP, which was issued by US Magistrate Judge Ryu in the Northern District of

California.

24.     From June 8, 2017 to June 22, 2017, SA May received real-time precision location information for the cellular phone number associated with MAPP. During this time, the real-time precision location information, associated with MAPP's cellular phone, was primarily located at or around the SUBJECT PREMISES throughout the late evening and early morning hours.

25.     On June 12, 2017, SA May queried the SUBJECT PREMISES in Accurint, a public source database. The query results revealed suspected relatives of MAPP, specifically Gloria Parker Mapp and Belinda Mapp, as current residents at the SUBJECT PREMISES.

26.     On June 22, 2017, TFO Ramon Jacobo and TFO Stephen Light conducted surveillance during the afternoon hours of MAPP and the real-time precision location information associated with MAPP's cellular phone. At approximately 1:42pm real-time precision location information placed MAPP in the area of the High Street Bridge Self Storage, located at 500 High Street in Oakland, CA. At or about this time, TFO Jacobo observed MAPP near the High Street Bridge Self Storage building, confirming the aforementioned location information associated with MAPP's cellular phone. At approximately 3:49pm, real-time precision location information placed MAPP at the SUBJECT PREMISES.

27.     Continuing on this date, SA May queried Zack MAPP in Accurint, a public source database. The query results revealed a current address for MAPP as the SUBJECT PREMISES.

28.     Continuing on this date, SA May queried Zack MAPP in a law enforcement database, which resulted in numerous police reports relevant to MAPP. During this time, SA May reviewed OPD report number 16-065515. The aforementioned OPD report stated that MAPP was stopped and questioned by OPD officers directly in front of the SUBJECT PREMISES on December 12, 2016. In addition, the OPD report states that OPD officers contacted Belinda Mapp, Zack MAPP's mother, at the SUBJECT PREMISES. At or about this time, OPD officers observed suspected associates of MAPP enter the SUBJECT PREMISES. OPD officers contacted MAPP's mother in attempt to conduct a probation search of MAPP and his residence, at the SUBJECT PREMISES. MAPP's mother refused the OPD officers request to enter the residence for the search. In addition, in response to questioning by OPD officers, MAPP stated that he did not reside at the residence. During this time, OPD officers heard banging and other types of noises coming from inside the residence. The OPD officers suspected that the various noises were from MAPP's associates concealing or destroying evidence. OPD Officers detained MAPP and later procured a state search warrant for the residence. It should be noted that the search warrant resulted in the recovery of various evidence items, including indicia that MAPP resided at the SUBJECT PREMISES.

29.     On June 28, 2017, agents and officers served a Federal search warrant (Case No. 4-17-70892) pertaining to MAPP's residence, 1352 94th Avenue, Oakland, CA, which was issued by US Magistrate Judge Ryu in the Northern District of California. During this time, MAPP was found to be in possession of a firearm and ammunition. The firearm recovered from MAPP's possession was a Smith & Wesson, Model: M P9 Shield, Caliber: 9mm, with a serial number of

8

HNE6835. The firearm was recovered with an inserted eight (8) round magazine. The magazine contained eight (8) rounds of 9mm, head stamped Aguila, specifically manufactured by Aguila Ammunition. One (1) round of 9mm, head stamped Aguila, was loaded in the chamber of the firearm. An additional magazine containing seven (7) rounds of 9mm, headed stamped Aguila, was located next to the firearm. The firearm was located in the room where MAPP was residing in, also near where he was detained during the protective sweep of the residence. Additionally, indicia and an identification card bearing the name of Zack MAPP was found in this same room.

30.     Continuing this date, during the morning hours, MAPP was transported back to the ATF Oakland Field Office to be interviewed. A short time later, SA Bailey and I conducted a custodial interview of MAPP at the ATF Oakland Field Office, which was audio and video recorded. Prior to questioning, SA Bailey advised MAPP of his *Miranda* rights, which was administered via recitation of ATF F 3200.4 Advice of Rights and Waiver, MAPP voluntarily waived his rights and, in response to questioning, stated, in summary and not verbatim as follows:

   a. MAPP related he primarily resides at 1352 94th Avenue, Oakland, CA. MAPP continued to relate he resides in the bedroom where he was contacted by law enforcement. It should be noted that the Smith & Wesson firearm that was recovered was found in this same room.

   b. MAPP related the firearm recovered by agents and officers during the search warrant of 1352 94th Avenue, Oakland, CA, was in his possession. MAPP stated that he purchased the firearm for approximately $500.00 dollars, two-three weeks prior to the date of the interview. MAPP continued to relate, a week prior to the date of the interview, he gave the firearm to Isiah Scott. When agents executed the search warrant of 1352 94th Avenue, agents encountered Isiah Scott in the living room of that residence.

31.     SA Bailey (Interstate Nexus Expert) informed me the firearm, Smith & Wesson, Model: M P9 Shield, Caliber: 9mm, with an a serial number of HNE6835, is not manufactured in the state of California, thereby affecting, or traveling in, interstate commerce.

9

## CONCLUSION

32. Based upon the foregoing, I submit that there is probable cause to believe that Zack MAPP has violated 18 .S.C. § 922 (g)(1).

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Task Force Officer Zachary Trzesniewski
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed before me this 3th day of June, 2017.

_____
DONNA M. RYU
U.S. MAGISTRATE JUDGE

10